**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MILTON E. SCHOSSOW,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEVADA DMV,<br><br>　　　　　Defendant. | Case No. 2:15-CV-00038-APG-CWH<br><br>**ORDER**<br><br>(DKT. #7, #8, #10) |

　　　On February 11, 2015, Magistrate Judge Hoffman entered a Report and Recommendation (Dkt. #8) recommending I deny plaintiff Milton Schossow's third application to proceed in forma pauperis and requiring the plaintiff to pay the $400 filing fee. Plaintiff Milton Schossow did not file an objection. Instead, he filed another application to proceed in forma pauperis which is substantively the same as his prior application. (Dkt. #10.)

　　　I conducted a *de novo* review of the issues set forth in the Report and Recommendation. 28 U.S.C. § 636(b)(1). Judge Hoffman's Report and Recommendation sets forth the proper legal analysis and factual basis for the decision.

　　　IT IS THEREFORE ORDERED that the Report and Recommendation (Dkt. #8) is accepted.

　　　IT IS FURTHER ORDERED that plaintiff Milton Schossow's two applications to proceed in forma pauperis (Dkt. #7, #10) are DENIED.

　　　IT IS FURTHER ORDERED that plaintiff Milton Schossow must pay the $400 filing fee on or before August 10, 2015 or this action will be dismissed.

　　　DATED this 8th day of July, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE