# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MILTON E. SCHOSSOW,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEVADA DMV,<br><br>　　　　　Defendant. | Case No. 2:15-CV-00038-APG-CWH<br><br>**ORDER DISMISSING CASE** |

On July 8, 2015, I directed that plaintiff Milton Schossow to pay the $400 filing fee on or before August 10, 2015 or this action will be dismissed. Schossow has not paid the filing fee.

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice.

DATED this 17th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE